USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 1-10-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLIVER MORALES and STEPHANIE
NEVERSON, on behalf of themselves
and others similarly situated,

                Plaintiffs,

    - against -

PIER A BATTERY PARK ASSOCIATES, LLC,
HARRY POULAKAKOS, and PETER
POULAKAKOS,

                Defendants.
------------------------------------------------------------X

17 Civ. 4455 (RWL)

**ORDER APPROVING SETTLEMENT**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case is a collective action for damages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the New York Labor Law. The parties recently consented to, and the District Court Judge so ordered, my jurisdiction over further proceedings in this matter. (Dkt. 97.) Before the Court is the parties' joint request that the Court approve their Settlement Agreement, a fully executed copy of which was submitted on July 23, 2018. (Dkt. 94.)

A federal court is obligated to determine whether settlement of an FLSA case under the court's consideration is fair and reasonable and the subject of an arms-length negotiation, not an employer's overreaching. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). The Court has carefully reviewed the Settlement Agreement as well as the parties' letter addressing its fairness and reasonableness. The Court has taken into account, without limitation, all prior proceedings in this action; the attendant risks, burdens, and costs associated with continuing the action; the range of possible

recovery; whether the Settlement Agreement is the product of arm's length bargaining between experienced counsel or parties; and the possibility of fraud or collusion. Among other attributes of the Settlement Agreement, there are no confidentiality or non-disparagement restrictions; the release is narrowly tailored to wage and hour claims; and the attorneys' fees are within a fair, reasonable and acceptable range. Considering all the circumstances, the Court finds that the Settlement Agreement is fair and reasonable and hereby approved.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   January 10, 2019
         New York, New York

Copies transmitted to all counsel of record.